No. 00–10517. LOGAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–10518. JOHNSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10519. MACK v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 00–10520. KREUTZER v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–10521. LOGAN v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–10522. MORGAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–10523. CASTILLO-REYNA v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–10524. DAMMONS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 00–10525. BOTHWELL v. GENERAL MOTORS CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10527. RIVERS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10528. SPENCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10529. SUESCUN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10531. TYUS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10533. LEWIS v. DEES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 00–10534. WALDEN v. RADIGAN. Ct. App. S. C. Certiorari denied.